SEYFARTH SHAW LLP
Kristina M. Launey (SBN 221335)
klauney@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

SEYFARTH SHAW LLP
Myra B. Villamor (SBN 232912)
mvillamor@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
ACE CASH EXPRESS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| AURORA CERVANTES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ACE CASH EXPRESS, INC., as an entity, and doing business as "Ace Cash Express #4108", FAE ATWATER MARKET PLACE, LLC, A DELAWARE LIMITED LIABILITY COMPANY, and DOES 1-50, Inclusive,<br><br>　　　　Defendants. | Case No. 1:17-CV-01754-LJO-EPG<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT ACE CASH EXPRESS, INC. TO RESPOND TO COMPLAINT** |

Pursuant to the provisions of Local Rule 144(a), Plaintiff Aurora Cervantes ("Plaintiff") and Defendant ACE Cash Express, Inc. ("Defendant"), by and through their respective counsel, hereby stipulate that Defendant may have a 15-day extension of time in which to respond to Plaintiff's Complaint. Pursuant to this extension, a response by Defendant shall be due on or before March 20, 2018.

The parties previously stipulated to a 28-day extension of time for Defendant to respond to the Complaint. (Dkt. 7).

This stipulation will not affect or alter any deadline previously set by Court order.

The reason for the present extension is that the parties are in the midst of negotiating a resolution of this matter.

Pursuant to Local Rule 131(e), counsel for Plaintiff has authorized submission of this document on his behalf.

IT IS SO STIPULATED.

DATED: March 1, 2018                    SEYFARTH SHAW LLP


                                        By: */s/ Myra B. Villamor*
                                            Myra B. Villamor
                                            Attorneys for Defendant
                                            ACE CASH EXPRESS, INC.

DATED: March 1, 2018                    DANIEL MALAKAUSKAS


                                        By: */s/ Daniel Malakauskas*
                                            Daniel Malakauskas
                                            Attorneys for Plaintiff
                                            AURORA CERVANTES

**ORDER**

Based on the foregoing stipulation, IT IS SO ORDERED that 15-day extension of time in which to respond to Plaintiff's Complaint (on or before March 20, 2018).

IT IS SO ORDERED.

Dated: **March 2, 2018**          /s/ Eric P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE