**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AURORA CERVANTES, | Case No. 1:17-cv-01754-LJO-EPG |
| Plaintiff, | **ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE** |
| v. | (ECF No. 12) |
| ACE CASH EXPRESS, INC., *et al.*, | |
| Defendants. | |

On April 4, 2018, Plaintiff Aurora Cervantes filed a notice to dismiss this action with prejudice. (ECF No. 12). In light of the notice, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); W*ilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   __April 5, 2018__                    _____/s/ Erica P. Grosjean_____
                                                         UNITED STATES MAGISTRATE JUDGE